UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SUPEREGO MANAGEMENT LLC and
MINDY YANG,

                    Plaintiffs,

          -against-

SALONCLICK LLC et al.,

                    Defendants.

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/20

16–CV–8981 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On February 24, 2017, this matter was consolidated for all purposes with the matter

bearing Docket Number 16-CV-2555. All pending motions under Docket Number 16-CV-8981

were terminated. There has been no activity under Docket Number 16-CV-8981 since that time.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: New York, New York
      February 25, 2020

                                        _Kimba M. Wood_

                                        KIMBA M. WOOD
                                        United States District Judge